UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

USA, Ex Rel et al

              v.                        Civil No. 10-cv-321-JL

USA et al

## O R D E R

I herewith approve the Report and Recommendation dated August 8, 2011

and the order dated August 24, 2011 by Magistrate Judge Landya B. McCafferty,

no objections having been filed.

SO ORDERED.

November 7, 2011                  _____
                                  Joseph N. Laplante
                                  United States District Judge

cc:    Jorg Busse, Pro se
       Jennifer Franklin Prescott, Pro se