UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA, Ex Rel et al</u>

              v.                                          Civil No. 10-cv-321-JL

<u>USA et al</u>

### O R D E R

I herewith approve the Report and Recommendation dated August 8, 2011 and the order dated August 24, 2011 by Magistrate Judge Landya B. McCafferty, no objections having been filed.

    SO ORDERED.

November 7, 2011

_____
Joseph N. Laplante
United States District Judge

cc:    Jorg Busse, Pro se
        Jennifer Franklin Prescott, Pro se